UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No. 08-739 (FSH)

UNITED STATES OF AMERICA v. LEVAR HAWTHORNE
                                    Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Levar Hawthorne, SBI# 199644C, D.O.B. 7/12/1977** is now confined in the Union County Jail.

2.    **Levar Hawthorne SBI# 199644C, D.O.B. 7/12/1977** will be required at the United States District Court before the Honorable Faith S. Hochberg on Wednesday, November 3, 2008, at 1:30 p.m. for a Arraignment/Initial Appearance in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   October 15, 2008

Douglas Herring
Assistant United States Attorney
Petitioner - (973)645-2891

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 10/20/08

HON. FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Union County Jail.
We Command You that you have the body of **Levar Hawthorne** (by whatever name called or charged) now confined in Union County Jail brought to the United States District Court before the Honorable Faith S. Hochberg, Newark, New Jersey on Wednesday, November 3, 2008 at 1:30 p.m., for an Arraignment/Initial Appearance the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Faith S. Hochberg
United States District Judge at Newark, N.J.

DATED: 10/20/08            WILLIAM T. WALSH
                           Clerk of the U.S. District Court
                           for the District of New Jersey

                   Per: Julianne Burd
                        Deputy Clerk