UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 08-739 (FSH) |
| v. | : Hon. Faith S. Hochberg |
| LEVAR HAWTHORNE | : <u>CONTINUANCE ORDER</u> |

A criminal indictment charging the defendant with being a convicted felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), having been returned on October 1, 2008; and the defendant having appeared before this Court for an initial appearance on November 3, 2008; and the defendant being represented by Lorraine S. Gauli-Rufo, Esq., Assistant Federal Public Defender; and the defendant being detained; and the defendant and his counsel being aware that the defendant has the right to a trial within seventy (70) days of defendant's initial appearance on this charge pursuant to Title 18, United States Code, Section 3161(b), and trial currently scheduled to begin on June 9, 2009; and three(3) continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the parties hereby request a fourth continuance of thirty(30) days pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the parties to continue plea negotiations and try to resolve this matter without trial;

IT IS on this ___6th___ day of May, 2009,

ORDERED that from May 4, 2009, to and including June 4,

2009, shall be excluded in calculating the time within which this case must go to trial under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time so that the parties can attempt to resolve this matter through a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

_____
HONORABLE FAITH S. HOCHBERG
United States District Judge

SEEN AND AGREED:

_____
Eric T. Kanefsky, Esq.
Assistant U.S. Attorney

_____
Lorraine S. Gauli-Rufo, Esq., AFPD
Counsel for Levar Hawthorne

• Trial scheduled for June 9, 2009 at 9:30 A.M.