UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No. 08-739 (FSH) |
| v. | : | O R D E R |
| LEVAR HAWTHORNE. | : | |
| Defendant. | : | |

This matter having come before the Court on the Report and Recommendation of the United States Magistrate Judge filed in this matter, which was submitted as a result of this Court having referred this cause to the Magistrate Judge for the purpose of conducting a plea proceeding under Fed. R. Crim. P. 11; and the defendant having consented to the Magistrate Judge conducting the guilty plea proceeding; and the Court having reviewed the Report and Recommendation, as well as the transcript of the proceedings on June 19, 2009; and there being no objection to the Report and Recommendation timely filed pursuant to 28 U.S.C. 636(b); and the Court finding the Report and Recommendation is neither clearly erroneous nor contrary to law; and the Court hereby finding that the Report and Recommendation should be approved and adopted and the defendant's guilty plea accepted,

**IT IS ON THIS** 8th day of July, 2009,

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge is approved and adopted; and

**IT IS FURTHER ORDERED** that the defendant's guilty plea is accepted and a judgment of guilt to Count One of the Indictment shall be entered.

                                                    /s/ Faith S. Hochberg
                                           UNITED STATES DISTRICT JUDGE